**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6670**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM DONNELL BARROW,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever, III, Chief District Judge.  (2:11-cr-00029-D-1)

Submitted:  August 17, 2017                     Decided:  August 22, 2017

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Donnell Barrow, Appellant Pro Se.  Lawrence Jason Cameron, Denise Walker, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Donnell Barrow appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barrow*, No. 2:11-cr-00029-D-1 (E.D.N.C. May 12, 2017). We deny Barrow's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order also denies Barrow's motion for review of his case for harmless and plain error. Barrow confines his appeal to the district court's denial of his § 3582(c)(2) motion.